UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. DAVIS,<br><br>    Petitioner,<br><br>  v.<br><br>CLARK DUCART, Warden,<br><br>    Respondent. | No. C 16-1587 MEJ (PR)<br><br>**ORDER OF TRANSFER** |

This federal habeas action, in which petitioner challenges convictions he suffered in the Sutter County Superior Court, is TRANSFERRED to the Eastern District of California, as that is the district of conviction. <u>See</u> 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk is directed to transfer this matter forthwith.

IT IS SO ORDERED.

DATED: April 6, 2016

Maria-Elena James
United States Magistrate Judge